## ORDER

PER CURIAM.

**AND NOW,** this 26th day of May 2015, the order of the Commonwealth Court is **AFFIRMED.**

115 A.3d 309

**Daniel L. BROWN, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

May 27, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of May, 2015, the order of the Commonwealth Court is **AFFIRMED.**